UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 16-24729-CIV-MORENO

STEVEN MORENO,

       Plaintiff,

vs.

SW 120-88, INC., and KENDALLGATE
CENTER ASSOCIATES, LTD.,

       Defendants.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS CAUSE came before the Court upon a review of the Court's Order Requiring Verified Certificate of Counsel Regarding Prior Filings under the Americans with Disabilities Act **(D.E. 5)**, filed on **November 16, 2016**.

In the Court's Order, the Court instructed Plaintiff's counsel to file a verified certificate regarding prior filings under the Americans with Disabilities Act by no later than **November 29, 2016**. The Court warned that a failure to comply would result in dismissal without prejudice of this case. As of the date of this Order, the Plaintiff has not complied with the Court's Order. THE COURT has considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the case is DISMISSED without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 of November 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record